UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN C. MARTIN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01857 AGF |
| ) | |
| JAMES P. HOLLORAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion for an extension of time to conduct discovery prior to responding to Defendants' motions for summary judgment. A hearing on Plaintiff's motion was held on Friday, January 20, 2006, and for the reasons stated in open court,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time to conduct discovery prior to responding to Defendants' motions for summary judgment is **GRANTED in part and DENIED in part**. [Doc. #17]

**IT IS FURTHER ORDERED** that during the next sixty (60) days Plaintiff may conduct discovery, limited to the issuance of third-party subpoenas for documents directed to the medical screening company and the labor unions.

**IT IS FURTHER ORDERED** that Plaintiff shall have up to and including to March 20, 2006, to respond to Defendants' motions for summary judgment. Defendants shall not be required to respond to discovery requests during this period, nor shall

Plaintiff take any depositions during this time.  Defendants shall have 15 days thereafter to reply.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of January, 2006.