UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


EDWARD C. MARTIN, JR.        )
                                           )
     Plaintiff,           )
                                           )
     vs.                 )      Case No. 4:05CV01857 AGF
                                         )
JAMES P. HOLLORAN, et al.    )
                                         )
     Defendants.      )


## ORDER

By Order dated September 28, 2006, Defendants' motions for summary judgment (Doc. # 11 & Doc. #14) were denied without prejudice in light of the filing of the amended complaint and this Court's Order permitting additional discovery. (Doc. #44). In that Order, Defendants were also expressly granted leave to incorporate these motions, or parts thereof, in any new motion for summary judgment, thereafter filed, addressing the amended complaint.

Defendants have now filed a new motion for summary judgment (Doc. #70), incorporating their prior motions for summary judgment (Doc. #11 and Doc. #14), together with all attachments and accompanying memoranda. To clarify the record, Defendants' Motion for Summary Judgment (Doc. #70) shall be deemed to incorporate Defendants' prior motions for summary judgment (Doc. #11 and Doc. #14), together with all supporting attachments and memoranda, and be filed as of July 31, 2007. Responses

shall be filed in accordance with the schedule set forth in the Case Management Order

(Doc. #50).


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of August, 2007.