IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWIN C. MARTIN, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 4 05CV01857 AGF |
| vs. | ) |
| | ) |
| | ) |
| JAMES P. HOLLORAN, P.C., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR PROTECTIVE ORDER

COMES NOW Homer E. Farrar, by and through his attorneys, Bartholomew J. Baumstark, Andrew O'Brien and the O'Brien Law Firm and hereby moves this honorable Court to enter a Protective Order in relation to discovery outstanding in the instant case.

Counsel for Plaintiff in the instant action is requesting information from third parties by revealing sensitive information such as Mr. Farrar's social security number to said third parties.

Furthermore, Counsel for Plaintiff is not limiting their requests in any way, shape or form and are also seeking discovery of protected and privileged information.

A memorandum in support of this motion is hereby attached.

Respectfully Submitted,

s/ BARTHOLOMEW J. BAUMSTARK
Bar No. 103643
O'Brien Law Firm, P.C.
Counsel for HOMER E. FARRAR
815 Geyer Avenue

St. Louis, MO 63104
(314) 588-0558
(314) 588-0634
baumstark@obrienlawfirm.com

CERTIFICATE OF SERVICE

    Bartholomew J. Baumstark hereby states and certifies that this document was served upon all counsel of record in this case by way of the United States District Court's electronic case filing system on this 6th day of April, 2010.

s/ BARTHOLOMEW J. BAUMSTARK
Bar No. 103643